PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Dana Rodriegus Mayo</u>  Case Number: <u>3:08-00090</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>January 23, 2009</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>36 months' custody followed by 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>November 4, 2010</u>

Assistant U.S. Attorney: <u>Thomas Kent</u>  Defense Attorney: <u>William Jordan Steed, III</u>

---

**THE COURT ORDERS:**

☒ No Action *at this time*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this  23  day of  August , 2012,
and made a part of the records in the above case.

_Todd Campbell_
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_Joshua Smith_
Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date
         August 20, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

    On July 20, 2012, Mr. Mayo submitted a urine sample that tested positive for Marijuana. He admitted to using Marijuana on July 16, 2012.

2. **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

    Mr. Mayo failed to notify of his eviction and move on June 27, 2012. He did not contact this officer until July 13, 2012.

3. **The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer.**

    Mr. Mayo failed to report for drug testing on August 6, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Mayo began supervision on November 4, 2010, and has been employed at various businesses during supervision. He is currently employed by an electrical and air company. He previously attended, and successfully completed, substance abuse treatment in November 2011 while on supervision. Mr. Mayo failed to notify the probation office that on June 27, 2012, his family was evicted from their rental property due to the home foreclosing. Prior to July 20, 2012, he has submitted 29 negative urine samples. He admitted prior to a drug test on July 20, 2012, that he used Marijuana on July 16, 2012, following the birth of his child. His drug testing has been increased as a result of the positive drug test. On August 6, 2012, he failed to report for drug testing. He has been reprimanded and advised that further noncompliance could result in sanctions from the Court.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Mr. Mayo be continued on supervised release with no further action at this time.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer