U.S. PROBATION & PRETRIAL SERVICES  
Middle District of Tennessee

# memorandum

| | |
|---|---|
| DATE: | January 15, 2014 |
| REPLY TO ATTN OF: | Jim Perdue, Deputy Chief U.S. Probation Officer |
| SUBJECT: | **Request to Destroy Evidence** |
| | Re.: Dana Rodriegus Mayo |
| | Docket No.: 3:08-00090 |
| TO: | The Honorable Todd J. Campbell, U.S. District Judge |

On August 28, 2012, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 3332 | 1 | Green marijuana bong pipe |

Thank you for your time and consideration in this matter.

Approved: _____*Todd Campbell*_____
The Honorable Todd J. Campbell
U.S. District Judge